

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00671-CV

Rosalinda **PEREZ** and Stephanie Becerra,
Appellants

v.

**ROSEMONT AT BETHEL PLACE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-05218
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice

Delivered and Filed:  February 28, 2018

DISMISSED FOR WANT OF PROSECUTION

In this appeal of an eviction judgment, Appellants' brief was due on January 11, 2018. *See* TEX. R. APP. P. 38.6(a). On January 24, 2018, after no brief or motion for extension of time to file the brief was filed, we ordered Appellants to show cause in writing not later than February 5, 2018, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). We warned Appellants that if they failed to show cause in writing as ordered, we could dismiss this appeal without further notice.

To date, Appellants have filed no response to our January 24, 2018 order. We dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM